**Charles R. Markley, OSB #75240**
E-mail: charles.markley@greenemarkley.com
**Sanford R. Landress, OSB #81438**
E-mail: sanford.landress@greenemarkley.com
**Greene & Markley, P.C.**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
    *Attorneys for Arnot*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br>K.S. Morgan,<br><br>            Debtor. | Case No. 10-64301-fra7<br><br>Chapter 7 |
| STEPHEN P. ARNOT, Chapter 7 Trustee for the Estate of K.S. Morgan,<br><br>            Plaintiff,<br>v.<br><br>MICHAEL F. EDWARDS; SAMATHA A. EDWARDS; STEVEN G. WOOD; CHRISTINE C. WOOD; HABILICO, INC.; SERVICELINK TITLE COMPANY OF OREGON, LLC fka LSI TITLE COMPANY OF OREGON, LLC; and BANK OF AMERICA, N.A.,<br><br>            Defendants. | Adversary Proceeding<br>No. 16-06050-fra<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable pursuant to Bankruptcy Rule 7041, plaintiff hereby dismisses the above-captioned adversary proceeding without

/ / /

/ / /

/ / /

Page 1 of 2     NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

Case 16-06050-fra    Doc 3    Filed 04/13/16

prejudice, and represents to the court that no answer or motion for summary judgment has been filed.

DATED this 13th day of April, 2016.

                GREENE & MARKLEY, P.C.

                By */s/ Sanford R. Landress*
                   Sanford R. Landress, OSB #81438
                   sanford.landress@greenemarkley.com
                   Charles R. Markley, OSB #75240
                   charles.markley@greenemarkley.com
                   Telephone: (503) 295-2668
                     *Attorneys for Arnot*

**Page 2 of 2**    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**

Case 16-06050-fra    Doc 3    Filed 04/13/16

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, true and correct copies of NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, were served by electronic notice through the **USBC's ECF** system, upon the following:

Matthew R. Cleverley, Esq.
Fidelity National Law Group
701 Fifth Avenue, Suite 2710
Seattle, WA 98104
matthew.cleverley@fnf.com
*Of Attorneys for Defendant Servicelink*

DATED this 13th day of April, 2016.

/s/ Sanford R. Landress
Charles R. Markley, OSB 75240
Sanford R. Landress, OSB #81438
*Attorneys for Plaintiff*

G:\Clients\7885\012\Pleadings Bankruptcy\P Notice of Dismissal.wpd

Page 1 - CERTIFICATE OF SERVICE

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

Case 16-06050-fra    Doc 3    Filed 04/13/16